**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant Nationstar Mortgage LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CINDY J. NEUDORFF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; NBS DEFAULT SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTEREST PARTIES BY DEFENDANT NATIONSTAR MORTGAGE, LLC**<br>[F.R.C.P. Rule 7.1; C.D. Cal. L.R. 7.1-1]<br><br>**[Diversity Jurisdiction]** |

**TO ALL ATTORNEYS OF RECORD, THE CLERK OF THE ABOVE-ENTITLED COURT, AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:**

**PLEASE TAKE NOTICE** that Defendant Nationstar Mortgage, LLC ("Nationstar"), by and through counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, files this Corporate Disclosure Statement and Notice of Interested Parties and ("Notice"). The undersigned, counsel of record for Nationstar, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable to Court to evaluate possible disqualification or recusal.

　　　1.　　Nationstar Mortgage, LLC is owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC. Nationstar Sub1 LLC and Nationstar Sub2 LLC are both

1 | wholly owned by Nationstar Mortgage Holdings, Inc. Nationstar Mortgage
2 | Holdings, Inc. is the ultimate parent and no publicly held corporation owns 10% or
3 | more of its stock.

6 | DATED: December 22, 2014            Respectfully Submitted,

8 |                                                             MCGUIREWOODS LLP

10 |                                                            By: ____/s/ Adam F. Summerfield____
11 |                                                                    Adam F. Summerfield
                                                                        Attorneys for Defendant
12 |                                                                    Nationstar Mortgage LLC