**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant Nationstar Mortgage LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CINDY J. NEUDORFF,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>NBS DEFAULT SERVICES, LLC; and<br>DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF RELATED CASES**<br><br>[Diversity Jurisdiction] |

**TO ALL ATTORNEYS OF RECORD, THE CLERK OF THE ABOVE-ENTITLED COURT, AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:**

**PLEASE TAKE NOTICE** that Defendant Nationstar Mortgage LLC ("Nationstar") hereby submits in the above-captioned action this Notice Concerning Related Cases.

As of the date of filing this Notice, Nationstar Mortgage, LLC is not aware of any cases previously filed or currently pending before this Court which arise from the same or substantially identical transactions, happenings or events as the above-captioned matter, or which call for determination of the same or substantially identical questions of law and fact, or are likely for other reasons to entail substantial duplication of labor if heard by different judges.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2014 | Respectfully Submitted, |
| 2 | | |
| 3 | | MCGUIREWOODS LLP |
| 4 | | |
| 5 | | By:   /s/ Adam F. Summerfield |
| 6 | | Adam F. Summerfield |
| | | Attorneys for Defendant |
| 7 | | Nationstar Mortgage LLC |

2
NOTICE OF RELATED CASES