# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy J Neudorff <br><br> PLAINTIFF(S), <br> v. <br> Nationstar Mortgage LLC et al <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:14-cv-02608-VAP-SPx <br><br> **NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE** |

To:   All Counsel Appearing of Record and/or Pro Se Litigant(s)

YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to the Honorable Fernando M. Olguin, U. S. District Judge for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read: 5:14-cv-02608-FMO-SPx. This is very important because documents are routed by the initials.

Clerk U.S. District Court

12/23/2014
Date

By: I. Vazquez
Deputy Clerk

cc: ✓ Previous Judge    ☐ Statistics Clerk

CV-106 (04/14)    NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE