1  **MCGUIREWOODS LLP**
   Adam F. Summerfield (SBN #259842)
2  1800 Century Park East
   8th Floor
3  Los Angeles, CA  90067-1501
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210

5  Attorneys for Defendant Nationstar Mortgage LLC

7           UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 | CINDY J. NEUDORFF          | CASE NO. 5:14-cv-02608-FMO
11 |       Plaintiff,           |
12 |   vs.                      | **PROOF OF SERVICE**
13 | NATIONSTAR MORTGAGE, LLC;  | **[Diversity Jurisdiction]**
   | NBS DEFAULT SERVICES, LLC; and
14 | DOES 1 through 50, inclusive,
15 |       Defendants.          |

17 **TO ALL ATTORNEYS OF RECORD, THE CLERK OF THE ABOVE-**
18 **ENTITLED COURT, AND THE HONORABLE UNITED STATES DISTRICT**
19 **JUDGE, AS ASSIGNED:**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, , Los Angeles, CA 90067-1501.

On December 23, 2014, I served the following document(s) described as:

**United States District Court Civil Cover Sheet;**

**Notice of Removal of Civil Action Pursuant to 28 U.S.C. s 1332**

**Corporate Disclosure Statement and Notice of Interested Parties**

**Notice of Related Cases**

**Notice of Assignment to United States Judges**

**Notice of Reassignment of Eastern Division Removal Case**

**Notice to Parties of Court-Directed ADR Program, etc.**

**ECF/NEF re Unconformed Copy of State Court Notice and Acknowledgment of Service of Summons and Complaint…**

**ECF/NEF re Conformed Copy of State Court Complaint**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Marc Applbaum, Esq.　　　　　　　　Attorneys for Plaintiff
Kettner Law Corporation
2150 West Washington Street #104
San Diego, CA 92110
Tel: 619-756-7300

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine

properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on December 23, 2014, at Los Angeles, CA.


/s/ Debbie Vickers
Debbie Vickers