UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CINDY J. NEUDORFF<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>NBS DEFAULT SERVICES, LLC; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:14-cv-01799-JVS-JCG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS, FILED BY DEFENDANT NATIONSTAR MORTGAGE LLC**<br><br>**[Diversity Jurisdiction – 28 U.S.C. § 1332]**<br><br>(Removed from Riverside County Superior Court. Case No. 1410837) |

    On February 12, 2015, at 10:00 a.m., Defendant Nationstar Mortgage LLC's Motion to Dismiss Plaintiffs' Complaint came on regularly for hearing in Courtroom 10C of the above-captioned Court, the Honorable James V. Selna presiding.

    The Court, having read and considered the motion, the accompanying request for judicial notice, the opposition and reply papers, and for good cause appearing, orders as follows:

**IT IS HEREBY ORDERED:**

1. Defendant Nationstar Mortgage LLC's Request for Judicial Notice is granted;

2. Defendant Nationstar Mortgage LLC's Motion to Dismiss Plaintiff's Complaint is granted in all respects, and the Complaint is dismissed without leave to amend.

Dated: _____ _____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1 | Respectfully Submitted by:
2 | **MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
3 | Carlo L. Rodes (SBN #268170)
1800 Century Park East
4 | 8th Floor
Los Angeles, CA 90067-1501
5 | Telephone: 310.315.8200
Facsimile: 310.315.8210
6 | Attorneys for Defendant Nationstar Mortgage LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Adam F. Summerfield, certify that on January 5, 2015, the foregoing document entitled **[PROPOSED] ORDER GRANTING MOTION TO DISMISS, FILED BY DEFENDANT NATIONSTAR MORTGAGE LLC** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                                                */s/ Adam F. Summerfield*
                                                Adam F. Summerfield